828

No. 294. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *R. Eugene Pincham* for petitioner. ▆▆

No. 329. OVE SKOU REDERI A/S ET AL. *v.* MARSHALL ET AL. C. A. 5th Cir. Certiorari denied. *Robert F. Adams* for petitioners. *Michael J. Salmon* for respondents. ▆▆

No. 331. SIMON *v.* WEINGOLD, PUBLIC ADMINISTRATOR. C. A. 2d Cir. Certiorari denied. *J. Stanley Shaw* for petitioner. *Paul J. Reid* for respondent.

No. 333. SEVILLE SYNDICATE, INC., ET AL. *v.* KOZLOWSKI. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Irving Anolik* for petitioners. *Isadore Nathanson* for respondent.

No. 340. NIVENS ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Walter B. Nivens, pro se, Charles V. Bell* and *Calvin Brown* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent. ▆▆

No. 341. VLASAK *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. *Robert R. Disbro* and *Richard M. Markus* for petitioner. *John T. Corrigan* for respondent.

No. 364. ST. JOE PAPER CO. *v.* HARTFORD ACCIDENT & INDEMNITY CO. ET AL. C. A. 5th Cir. Certiorari denied. *Chester Bedell* and *C. Harris Dittmar* for petitioner. *Charles Cook Howell, Jr.,* for Hartford Accident & Indemnity Co., and *Earl B. Hadlow* for Fidelity & Casualty Co. of New York, respondents. ▆▆